RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 2/3/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JOHNNY W. ORSO, JR.<br>LA. DOC #512571 | CIVIL ACTION NO. 3:10-cv-1069 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| MARK SHUMATE, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in this Court's Ruling and for those reasons set forth in the Report and Recommendation of the Magistrate Judge [Doc. No. 19], to the extent adopted, and after a review of the entire record in this matter, including Plaintiff's objections,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff's civil rights Complaint is DISMISSED WITH PREJUDICE for failure to state a claim as a matter of law.

MONROE, LOUISIANA, this 3 day of February, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE